| B 104 (Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|

| **PLAINTIFFS** WILLIAM McCORD | **DEFENDANTS** LARRY SCOTT DEMERAU and JULIA EMILY DEMERAU |
|---|---|

FILED VIA MAIL
JUL 2 1 2005
CLERK U.S. BANKRUPTCY
ORLANDO, FL

| ATTORNEYS (Firm Name, Address, and Telephone No.) William McCord, Pro Se, 161 Spurwink Lane, Hot Springs, AR 71913 (501) 844-5000 | ATTORNEYS (If Known) # 989635  $150 |
|---|---|

PARTY (Check one box only)   ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint Objecting to Dischargeability of Debt pursuant to 11 U.S.C. Section 523 (a)(2)(A) and Section 523(a)(2)(C)

**NATURE OF SUIT**
(Check the one most appropriate box only.)

☐ 454 To Recover Money or Property
☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424 To object or to revoke a discharge 11 U.S.C. § 727

☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
☒ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
☐ 434 To obtain an injunction or other equitable relief
☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
☐ 459 To determine a claim or cause of action removed to a bankruptcy court
☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)
☒ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND $ 353,018.12 | OTHER RELIEF SOUGHT | ☐ JURY DEMAND Check only if demanded in complaint |
|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR Larry Scott Demerau and Julia Emily Demerau | BANKRUPTCY CASE NO. 6:05-bk-04057 |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING Middle District of Florida | DIVISIONAL OFFICE Orlando Division | NAME OF JUDGE Arthur B. Briskman |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

FILING FEE (Check one box only.)   ☒ FEE ATTACHED   ☐ FEE NOT REQUIRED   ☐ FEE IS DEFERRED

| DATE | PRINT NAME William McCord | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|