# United States Bankruptcy Court

## Middle District of Florida

In re   Larry Scott Demerau and Julia Emily Demerau            , )
                        Debtor                                  )   Case No. 6:05-bk-04057
                                                                )
         William McCord                                         )   Chapter 7
        _____,        )
                        Plaintiff                               )
                                                                )
                        v.                                      )
         Julia Emily Demerau                                    )   Adv. Proc. No. _____
        _____,        )
                        Defendant                               )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk
> 135 West Central Boulevard, Suite 950
> Orlando, FL 32801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> William McCord, Pro Se
> 161 Spurwink Lane
> Hot Springs, Arkansas 71913

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                              _____
                                              *Clerk of the Bankruptcy Court*

                                       By:_____
_____                              Deputy Clerk
        Date

**CERTIFICATE OF SERVICE**

I, _____, certify that I am, and at all times during the
               (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:
               (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                          _____
         Date                                                             Signature

| Print Name |   |   |
|---|---|---|
| Business Address |   |   |
| City | State | Zip |